Shafqaat Bukhari
9416 Canalino Dr
Las Vegas, NV 89134
In Common Law-Pro Per

## DISTRICT COURT OF UNITED STATES
## DISTRICT OF LAS VEGAS NEVADA
## ARTICLE III

SHAFQAAT BUKHARI
Plaintiff,                                   ) Case No.: 2:10-cv-00373-RCJ-LRL
                                             )
vs.                                          ) Dept No.:
                                             )
DIRECT MORTGAGE CORP, EMC MORTGAGE )
                                             ) **PROPOSED TEMPORARY RESTRAING**
CORPORATEION (CHASE),NATIONAL                ) **ORDERS**
                                             )
DEFAULT SERVICING INC CORPORATION, )
                                             )
LAWYERS TITLE OF NEVADA, MORTGAGE )
                                             )
ELECTRONIC REGISTRATION SYSTEM               )
                                             )
"MERS",ASSIGNEES AND/ OR                     )
                                             )
SUCCESSORS,AND DOES 1-10                     )
                                             )

Defendants, _____

Plaintiff Shafqaat Bukhari requests for Proposed Temporary Restraining Orders as per court order from Judge Robert C Jones on case number 2:10-cv-00373-RCJ-LRL on 3/29/10. The Judge advised that plaintiff should request Proposed Restraining Order and those defendants cannot sell the property till the next hearing date on April 5th, 2010 at 9am.

Prepared and respectfully submitted by,

Name  *SHAFQAAT Bukhari*

            SHAFQAAT BUKHARI

Date: March 30, 2010