# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAFQATT BUKHARI, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-CV-373-GMN-VCF |
| | ) | |
| vs. | ) | |
| | ) | |
| DIRECT MORTGAGE CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DISMISSAL BY COURT FOR WANT OF PROSECUTION

It appearing to the Court that this action has been pending in this Court for more than two hundred and seventy (270) days without any proceeding having been taken therein during such period; now therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above entitled action be, and it hereby is, dismissed as to ALL parties without prejudice for want of prosecution pursuant to provisions of LR 41-1.

DATED this 9th day of January, 2012.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE